Dear Judge Smith,

The USDA and Northwest Bank represented by Attorney Charles Shurr .... With the Farm Service Agency USDA and Bruce Brown have a Foreclosure Sale of Farm set to proceed on Dec 17th. We sent Affidavits and motion to Your Court by OVERNIGHT MAIL showing the Irreparable Harm this Sale of Our Farm will cause asking for a TRO / Stay of the Sale on Dec 17th. 2021

USDA and Northwest Bank refused to produce many 10s of thousands as much as $225,000.00 in payments collected by USDA and other FICTITIOUS Loans made by USDA records and files under FOIA for as long as 6 and 7 years USDA hid these records.

The Affidavits and Motion We sent You overnight by US Mail reveals the Sale being pursued by USDA and Northwestern Bank with Attorney Charles Shirt is a very damaging fraudulent sale.

Please place a Stay or TRO on the Sale as an Emergency TRO.

THANK YOU

Larry and Cathy Wisser

Signed DEC 10th 2021

*Larry L. Wisser*
*Cathleen R Wisser*

CHARLES N SHURR JR, ESQ
KOLOFF STOUDT FIRM
2640 WESTVIEW DRIVE
WYOMISSING, PA. 19610
610-370-6700

2) Dear Judge Edward G. Smith

Union National Bank didn't come on the farm to give us a check of 465,00,00 or even the docketment to sign. And didn't they come with a 255,00,00 check or docketment to sign to. They gave the 255,00,00 To Bruce Brown to spent Any Why? If we would have got the whole 465,00,00 We would have know where are money went. Who gave the Bank Premission to do this. They are not being truthfull and hones. This is something they did behind are backs. Now we subpoena 17 years later coming forwards They are taking are farm from Larry and are 4 Children Jason, Just, Jeremy, & Jake are 4 Boys who work so hard from 10 years old. and Larry lic on this farm 69 years. This was Larry Grandfather and fathers farm. Why couldn't they come forward before doing a foreclosure We want are farm for all this Children

Mr. Mrs. Larry L Wisser

Case 5:21-cv-05017-EGS   Docume

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): CHARLES N. SHURR JR. ESQ
on (date) 7-7-21.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ Certified Mail _____
_____ on (date) 7-17-21 ; or

☑ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: 7-17-21

*Server's signature*

Barry C Betz Constable
*Printed name and title*

PO Box A Orefield Pa 18069
*Server's address*

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
CHARLES N. SHURR JR, ESQ
KOZLOFF STOUDT FIRM
2640 WESTVIEW DR
WYOMISSING, PA 19610

9590 9402 6506 0346 8834 27

7020 0640 0001 2213 5029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_____ 7/19/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Dear Judge Smith,

The USDA and Northwest Bank represented by Attorney Charles Shurr .... With the Farm Service Agency USDA and Bruce Brown have a Foreclosure Sale of Farm set to proceed on Dec 17th. We sent Affidavits and motion to Your Court by OVERNIGHT MAIL showing the Irreparable Harm this Sale of Our Farm will cause asking for a TRO / Stay of the Sale on Dec 17th.

USDA and Northwest Bank refused to produce many 10s of thousands as much as $225,000.00 in payments collected by USDA and other FICTITIOUS Loans made by USDA records and files under FOIA for as long as 6 and 7 years USDA hid these records.

The Affidavits and Motion We sent You overnight by US Mail reveals the Sale being pursued by USDA and Northwestern Bank with Attorney Charles Shirt is a very damaging fraudulent sale.

Please place a Stay or TRO on the Sale as an Emergency TRO.

THANK YOU

Larry and Cathy Wisser

Signed DEC 10th 2021

*Larry L. Wisser*
*Cathleen R Wisser*

Dear Judge ~~Edwith G. Smith~~
EDward G. Smith

Union National Bank didn't come on the farm to give us a check of 465,00,00 or even the docketment to sign, And didn't they come with a 255,00,00 check or docketment to sign to, They gave the 255,00,00 To Bruce Brown to spent Any Why? If we would have got the whole 465,00,00 We would have know where are money went. Who gave the Bank Premission to do this. They are not being truthfull and hones, This is something they did behind are backs. Now we subpoena 17 years later coming forwards They are taking are farm fromm Larry and are 4 children Jason, Just, Jeremy, & Jake are 4 Boys who work so hard from 10 years old. And Larry live on this farm 69 years. This was Larry Grandfather and fathers farm. Why couldn't they come forward before doing a foreclosure We want are farm per age children
Mr./Mrs. Larry L Wisser

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

U.S.M.S. X-RAY

**FROM:** (PLEASE PRINT) PHONE ( 484 ) 323-8040
LARRY WISSER
8449 BAUSCH ROAD
NEW TRIPOLI, PA 18066

**TO:** (PLEASE PRINT) PHONE ( )
CLERK OF COURT, EDPA
JAMES A. BYRNE U.S. COURTHOUSE
ROOM 2609
601 MARKET STREET
PHILADELPHIA, PA 19106

RECEIVED DEC 13 2021

Date Accepted: 12/10/2021
Time Accepted: 3:35 PM
Flat Rate
lbs 1.90 ozs
Scheduled Delivery Date: 12/13/2021
Scheduled Delivery Time: 6:00 PM
Postage: 27.10
Total Postage & Fees: 27.10

EJ 912 014 683 US

U.S. POSTAGE PAID
PME 1-Day
FOGELSVILLE, PA
18051
DEC 10, 21
AMOUNT
$27.10
R2304E107133-20

1007
19106

B/C