**Beverly Kressley**

**From:** SwampFox <notjuris@gmail.com>
**Sent:** Tuesday, December 14, 2021 9:34 AM
**To:** rhkressleys@ptd.net; Tim Wasser
**Subject:** Re: Complete Banking Records Wisser Farm

Complete Banking Records Wisser Farm
To: <Matthew.Howatt@usdoj.gov>
Cc: Tim Wasser <wassertim@yahoo.com>

This Sale got to be Stop in 48 hours
Dec 17 2021 is the Sale Friday

Dear Mr. Howatt, Judge Smith,

Starting in 2013 and 2014 We began requesting from USDA and Mr. Bruce Brown for complete files and thorough records associated with His involvement with collecting and spending hundreds of thousands of dollars associated with Our Milk Payments from Land 0 Lakes Dairy, a $ 220,000.00 Farm Preservation Payment as well as Unexplained $40,000.00 Milk Tank and $50,000.00 Loans for a Bulk Milk Tank and Silo We never received.

Additionally Mr. Brown juggled funds from a $465,000.00 Loan involving Northwest Bank, Blue Ball Bank, Union National Bank and seemingly BB&T. Mr. Brown after years of ignoring FOIA requests for His Electronic Banking and Paper Financial Files and Records, only recently produced an incomplete set of copies associated with over $725,000.00 in electronic and conventional financial transactions.

As an example, the Land O Lakes records and Milk Tank Silo, Farm Preservation and Banking files only recently produced under FOIL are deficiant in many regards and incomplete. It would be very helpful if USDA and Mr. Brown would provide complete and accurate records. During these past 6+ years of FOIA demands Mr. Brown has never stated any proper exemption or excuse to withhold any of the records or files.

If We could get a complete set of records Then We can reconcile and accurately audit what Mr. Brown and Western National and Union National, Blueball Bank did with the more than $725,000.00 Mr. Brown moved around, collected and spent associated with the matters at hand.

Please provide the full set of records associated with our financial accounts so an accurate resolve in these matters can be accomplished.
Had Mr. Brown properly cooperated in Our FOIA demands, likely all these complications could have been avoided.

Union National and Bruce Brown are working together. to sale are farm from. are 4 sons Jason, Jeremy, Justin, & and also are 8 grandchildren who love Jake. being in 4-H showing the animals. Could you stop the Sale on Dec 17 2021. How can you sale are farm when we have a court in The Lehigh & and are 4 sons. We all work hard on the farm. Please for are Children office

Thank You

Larry L. Cathleen R. Wisser

Larry and Cathy Wisser

Ph 484-223-4080

Larry & Cathleen Wisser

**Beverly Kressley**

**From:** SwampFox <notjuris@gmail.com>
**Sent:** Tuesday, December 14, 2021 9:34 AM
**To:** rhkressleys@ptd.net; Tim Wasser
**Subject:** Re: Complete Banking Records Wisser Farm

This Sale got to be Stop Dec 17 2021 in 48 hours Friday

Complete Banking Records Wisser Farm
To: <Matthew.Howatt@usdoj.gov>
Cc: Tim Wasser <wassertim@yahoo.com>

Dear Mr. Howatt, Judge Smith,

Starting in 2013 and 2014 We began requesting from USDA and Mr. Bruce Brown for complete files and thorough records associated with His involvement with collecting and spending hundreds of thousands of dollars associated with Our Milk Payments from Land 0 Lakes Dairy, a $ 220,000.00 Farm Preservation Payment as well as Unexplained $40,000.00 Milk Tank and $50,000.00 Loans for a Bulk Milk Tank and Silo We never received.

Additionally Mr. Brown juggled funds from a $465,000.00 Loan involving Northwest Bank, Blue Ball Bank, Union National Bank and seemingly BB&T. Mr. Brown after years of ignoring FOIA requests for His Electronic Banking and Paper Financial Files and Records, only recently produced an incomplete set of copies associated with over $725,000.00 in electronic and conventional financial transactions.

As an example, the Land O Lakes records and Milk Tank Silo, Farm Preservation and Banking files only recently produced under FOIL are deficiant in many regards and incomplete. It would be very helpful if USDA and Mr. Brown would provide complete and accurate records. During these past 6+ years of FOIA demands Mr. Brown has never stated any proper exemption or excuse to withhold any of the records or files.

If We could get a complete set of records Then We can reconcile and accurately audit what Mr. Brown and Western National and Union National, Blueball Bank did with the more than $725,000.00 Mr. Brown moved around, collected and spent associated with the matters at hand.

Please provide the full set of records associated with our financial accounts so an accurate resolve in these matters can be accomplished.
Had Mr. Brown properly cooperated in Our FOIA demands, likely all these complications could have been avoided. Union National and Bruce Brown are working together to sale are farm, are 4 sons Jason, Jeremy, Justin & Jake and also are 8 grandchildren who are in 4-H showing there animals Could you stop the sale, This ~~Friday~~ Dec 17 2021 We have court hearing Dec 20 How can you sale are farm Dec 17 when we have a court hearing Dec 20 2021

Thank You
Larry L. Wisser
Cathleen R. Wisser
Larry and Cathy Wisser

Ph 484-223-4080

Dear Matthew Howatt

1. We only got 202,972 from Union Bank where we Never sign a docketment or 465,00.00 should have got a 465 00.00. Bank broke off 255,00.00 gave to Bruce Brown And Bruce payed are neighbors Loan 6972.64 We don't own the neighbor any money. Or a dockment of 255,00.00 Never Never came to the farm a loan office with a dockement of 465,00,00 a check or 255,00.00 docketment or check. Who gave premisson to pay neighbor Loan. Or brake off a 255,00.00

2. Bruce Brown advance money ahead of Time.

3. Made Treasury check we never saw tell now. 17 years later with these T checks. Bruce says he b to the farm. Which Bruce never did. Sign my name make it look I walk into the Bank. Where did that money Go. 150,00.00

4. We payed all are loans to Blue Ball out of Land O Lakes Larrys milk check. Bruce took are Land Peservation and says he payed the 2 tractors, combine on tractor 1994 12,00.00 1996 14,00.00 the 2 tractors 1997 we payed them 12,00.00 Bruce took my dockments and change them to 2003 and we bought Two tractors and he payed them off in 2004 + to combine the same way. Bruce is trying to use up the 150,00.00 that he broke off of the 200,00.00 in 2004 to make a loan of 150,00.00 as you look at the paper of 200,00.00, There's 50,00.00 left so So Bruce came to are house and ask for 39,00.00 ~~Commw~~ Commonwealth money to make a 80,00.00 loan and he had 10,00.00 left and made a 90,00.00.

Bruce sat at are table and wrote out 39,00,00 hase you see

5. New Tripoli Bank said David Hock said back in 2014 we were trying to get a Loan for 4%. Get away from Union Nation Bank of 7%25 percent, But Bruce would come forward All Bruce as in his head I am going to

Sale you Farm
Merry Christmas Wisser

6. To take this away from Larry and the
4-Sons
how hard they work together and are
8 Grandchildren
How can you do this Look all the Money we put in Crops to feed the cows seens 2005 tell now 2021 All that milk we milk
N milk cows 42 years and Friday 2021
Can you put stay stop the Sale for Dec 17

The Title Search says this and the record of Deeds is another way ~~[crossed out]~~ 00 ~~[crossed out]~~ but only 7909 USDA UNCB 202,972.00

## WISSER PROPERTY TITLE SEARCH SUMMARY

We received and reviewed the title search for the Wisser property in Lehigh County. Following is the summary:

Mr. Mrs. Wisser

1. The property is owned by Larry L. and Cathleen R. Wisser by deed filed at Deed Book 1465, page 1087. The Deed covers all 3 parcels. Bruce is Clamit

2. There are five mortgages on the property as follows: We only sign one with Ruth Miller

dockments Not 2004 never sign

a. United States of America, through the Farm Service Agency, USDA, in Berks County - $150,000.00 dated 11/10/04, filed 12/23/04, at instrument No. 7235752.

never sign Don't even started the project of New Barn 2005 docments

b. United States of America, through the Farm Service Agency, USDA, in Berks County - $200,000.00 dated 8/8/05, filed 9/1/05, at instrument No. 7288352.

c. Union National Community Bank - $465,000.00 dated 6/1/06, filed 7/5/06, at instrument No. 7351866.

Never Sign dockment

d. United States of America, through the Farm Service Agency, USDA - $90,000.00 dated 10/29/08, filed 10/31/08, at instrument No. 7504476.

Never sign dockments

e. United States of America, through the Farm Service Agency, USDA, in Berks County - $30,000.00 dated 7/2/10, filed 7/22/10, at instrument No. 2010023284.

Never Sign dockment

3. The property is enrolled in Clean and Green and is enrolled in an Ag Security Area.

4. There is an Agricultural Conservation Easement to the County of Lehigh in Perpetuity that was dated 5/18/99, filed at Misc. Book 925, Page 74 (copy attached). As was done with Bleiler, you will need to talk to the Lehigh County Ag Preservation Board to have WHM's work added to the Plan through an Amendment to the Conservation Plan.

5. There is a Tax Claim filed by the Northwestern Lehigh School District in the amount of $4,412.97 for non-payment of 2014/15 school taxes on the property at 8281 Holbens Valley Road.

6. There is a judgment in the amount of $98,082.00 filed against the Wisser's in regard to a mortgage on another property, filed 10/9/15.

7. There is another judgment in the amount of $8,317 filed against the Wisser's in regard to a District Justice action filed against them by Penn Jersey Products, Inc.

8. There are 9 different Easements given to Metropolitan Edison Company. It is impossible to tell where the easements are located. As always, make sure you know where all the line are located.

This are to do with
USDA
Bruce Brown

Payed off Sunnyside Dairy Loan
6,972.64

TR:58 1-1 09/21/05 11:20 AM
XXXX8026 Ck Deposit $248,880.43

Ask us how to pay your bills online.

Ran off with are money
Kevin made use sign at the farm and don't tell us what we were sign'

Deposits

at the farm Bruce Brown got the Check from Union Bank

248,880.43
199,999.00 - Loan #2
40,000.00 - Loan #3

Bruce Brown Took Three Loans to make This

488,879.43
+ 3,742.00 - check not cashed
492,621.43 - total Deposits

checks total
$492621.43

# Direct Operating Loan Checklist.

**Applicant :** Cathlene R. Tippen
**Loan Amount:** 200,000.00 **County Office** Berks
**Application Received:** 6-22-04 **Application Complete:** 10-20-2004

believe this should be $150,000. based on data.

## Incomplete Application Processing

____1. **Determine If The Applicant Is A Consent Decree Prevailing Claimant.**
**YES NO If yes, refer to FLP 313.**

____2. **Lo-Doc Processing Determination.**

Complete the following chart to determine if the loan may be processed as a Lo-Doc Loan. Refer to 1910.4(c ).

LO-DOC TEST : The customer must:

| Yes | No | NA | The customer must: |
|---|---|---|---|
| | | | Be applying for an OL loan. |
| | | | Be current on all payments to all creditors including FSA |
| | | | Have not received primary loan servicing or disaster set-aside on FSA debt within the past five years. |
| | | | The requested loan is $50,000 or less & the total OL indebtedness at the time of closing will be less than $100,000, ***OR***. The loan requested is used to pay annual operating expenses & the applicant is an existing FSA borrower who received and repaid on schedule at least 2 annual OLs. |

50,00 left we believe 30,00,00 that was one Bruce put to to make commonwealth money
+80,00
had a Exp 10 10,00
90,00

IF ALL ITEMS ABOVE ARE MARKED "YES", LOAN REQUEST CAN BE PROCESSED AS A LO-DOC LOAN,

The following items may be omitted in the loan processing process:4,9,18,19,20,21,23,24,25,28,29,31,35.

IF ANY ITEMS ABOVE ARE MARKED "NO", LOAN REQUEST CANNOT BE PROCESSED AS A LO-DOC LOAN

Continue to process as per the Direct Operating Loan checklist.

out of the 90,00 Bruce took 40,00
there is no 40,00 Loan, there is 40,00 for cows look on the paper where Bruce sit at the table and wrote out checks of 39,00,00
What did Bruce do with 11,00,00 left?

JMM

FIl

TL

LJS

Prepared By:

MAIL Union National Community Bank
101 East Main Street
Mount Joy, PA 17552
717-492-2222

When Recorded, Mail To:
Union National Community Bank
P.O. Box 627
Mount Joy, PA 17552

UPI #

For Recorder's Use Only

## SATISFACTION PIECE

Made this 27th of June, 2006.
Name/s of MORTGAGOR/S: Larry L. Wisser and Cathleen R. Wisser 31051378-1
Name/s of MORTGAGEE/S: Union National Community Bank
DATE of Mortgage: August 8, 2005 Original MORTGAGE DEBT: $ 255,000.00
Mortgage RECORDED on September 1, 2005, in the Office of the Recorder of Deeds of Lehigh County, Pennsylvania, Doc Id: 7288351

Name/s of LAST ASSIGNEE/S:
Last ASSIGNMENT RECORDED on ________________, 19___ in the aforementioned Office of the Recorder of Deeds in Mortgage Book, ____________, Page ____________.

Brief DESCRIPTION or Statement of LOCATION of Mortgage Premises:
Weisenberg Township, Lehigh County
8281 Holbens Valley Road, New Tripoli

The undersigned hereby certify that the debt secured by the above-mentioned Mortgage has been fully paid or otherwise discharged and that upon the recording hereof said Mortgage shall be and is hereby fully and forever satisfied and discharged.

IN WITNESS WHEREOF the undersigned executed this Satisfaction Piece on the 27th of June A.D. 2006.

UNION NATIONAL COMMUNITY BANK

BY: Ann S. Reinhold (SEAL)
Ann S. Reinhold, Attorney-in-fact

WITNESS PRESENT:
Barbara E. Pyott (SEAL
Barbara E. Pyott

This Document Recorded
10/30/2006
03:42PM
Doc Code: SATP

Lehigh County, PA Recorder of Deeds Office

Doc Id: 7376893
Receipt #: 271303
Rec Fee: 30.50

7376893
Page: 1 of 2
10/30/2006 03:42PM

DEC/20/2016/TUE 01:08 PM New Tripoli Bank FAX No. 610-298-3197 P. 026

**UnionNational**
COMMUNITY BANK

page 9

Last statement: September 22, 2005
This statement: September 27, 2005
Total days in statement period: 6

Page 1 of 1
10018026

CATHLEEN R WISSER
LARRY L WISSER
8149 BAUSCH RD
NEW TRIPOLI PA 18066

Direct inquiries to:
717 492-2222

Union National Community Bank
PO Box 0567
Mount Joy PA 17552-0567

bills payed online

## Free Checking

| | | | |
|---|---|---|---|
| Account number | 0010018026 | Beginning balance | $0.00 |
| Low balance | ~~$248,880.43~~ | Total additions | 248,880.43 |
| Average balance | $248,880.43 | Total subtractions | .00 |
| Avg collected balance | $213,326.00 | Ending balance | $ 248,880.43 |

Bruce Brown made This

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 09-21 | Deposit | 248,880.43 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-21 | 248,880.43 | | | | |

this $ was in checking acct for sev months Sunnyside Page 2 go together

**UN NAT L**

Acc't No. -00010018026

| Posting Date | Transaction Descriptio | Principal | Int Rate | Interest | Late Fees/ Others | Escrow | Insurance | Due Date |
|---|---|---|---|---|---|---|---|---|
| 10/28/2007 | Loan | 6972.84 | | | | | | |
| 11/27/2007 | | | | | | Loan Pd in Full | What Loan? | |
| 11/29/2007 | Payment | 6972.64 | | | | | | |

he paid sunnysides loan off with our money left in this bondage?

Jenny asking what loan, where did it come from?

COMMUNITY BANK

mail man said this

RECEIVED
DEC 07 2007
Berks County FSA
Bruce Brown

Last statement: November 28, 2007
This statement: December 05, 2007
Total days in statement period: 8

This account is closed

CATHLEEN R WISSER
LARRY L WISSER
USDA FARM SERVICE AGENCY
1238 COUNTY WELFARE RD SUITE 240
LEESPORT PA 19533-9710

These are your copies of the statements

...unity Bank

...0567

Union National Gift Cards ... s!
Purchase one today and be ent... win
a 4-Day Carnival Cruise plus Roundtrip Airfare.
Visit one of our 9 offices or www.uncb.com for more details.

** Closed Account - Final Statement **

Payed are neighbor Loan page 6

Free Checking W/ No ATM Fees Gone to Sunnyside Dairy

Mike

| | | | |
|---|---|---|---|
| Account number | 0010018026 | Beginning balance | $6,972.64 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $871.58 | Total subtractions | 6,972.64 |
| Avg collected balance | $871.00 | Ending balance | $.00 |

2,488804.

Should the amount to add to the

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 554 | 11-29 | 6,972.64 | | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-27 | 6,972.64 | 11-29 | 0.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | |
|---|---|
| Return item fees for this statement period | $0.00 |
| Return item fees for this calendar year | $0.00 |
| Overdraft fees for this statement period | $0.00 |
| Overdraft fees for this calendar year | $0.00 |


RECEIVED
AUG 2 9 2007
County FSA

Last statement: July 28, 2007
This statement: August 27, 2007
Total days in statement period: 31

Page 1 of 1
10018026

CATHLEEN R WISSER
LARRY L WISSER
USDA FARM SERVICE AGENCY
1238 COUNTY WELFARE RD SUITE 240
LEESPORT PA 19533-9710

Direct inquiries to:
717 492-2222

Union National Community Bank
PO Box 0567
Mount Joy PA 17552-0567

## Free Checking W/ No ATM Fees

| | | | |
|---|---|---|---|
| Account number | 0010018026 | Beginning balance | $6,972.64 |
| Low balance | $6,972.64 | Total additions | .00 |
| Average balance | $6,972.64 | Total subtractions | .00 |
| Avg collected balance | $6,972.00 | Ending balance | $6,972.64 |

neighbor Loan payed off

### OVERDRAFT/RETURN ITEM FEES

| | |
|---|---|
| Return item fees for this statement period | $0.00 |
| Return item fees for this calendar year | $0.00 |
| Overdraft fees for this statement period | $0.00 |
| Overdraft fees for this calendar year | $0.00 |

** No activity this statement period **

Union National
COMMUNITY BANK

Sunnyside

RECEIVED
NOV - 8 2007
Berks County FSA

Last statement: September 28, 2007
This statement: October 27, 2007
Total days in statement period: 30

Page 1 of 1
10018026

CATHLEEN R WISSER
LARRY L WISSER
USDA FARM SERVICE AGENCY
1238 COUNTY WELFARE RD SUITE 240
LEESPORT PA 19533-9710

Direct inquiries to:
717 492-2222

Union National Community Bank
PO Box 0567
Mount Joy PA 17552-0567

Ask about our 5.79% APR Home Equity Loan today

GAVE TO SUNNY SIDE page 4

## Free Checking W/ No ATM Fees

| | | | |
|---|---|---|---|
| Account number | 0010018026 | Beginning balance | $6,972.64 |
| Low balance | $6,972.64 | Total additions | .00 |
| Average balance | $6,972.64 | Total subtractions | .00 |
| Avg collected balance | $6,972.00 | Ending balance | $6,972.64 |

### OVERDRAFT/RETURN ITEM FEES

| | |
|---|---|
| Return item fees for this statement period | $0.00 |
| Return item fees for this calendar year | $0.00 |
| Overdraft fees for this statement period | $0.00 |
| Overdraft fees for this calendar year | $0.00 |

** No activity this statement period **

Jason papers — Page 1

11/10/2004 USDA 150K mtg 4 tracts

9/1/2005 Union Nat. ~~250K~~ 255K mtg 8281 Holben

9/1/2005 USDA 200K mtg

7/5/2006 Union Nat 405K mtg ✓

7/5/06 USDA subordinate convert to permanent loan (construction)

10/30/06 Union - Satisfact

[illegible]/14/07 Susquehanna 39,500 mtg s/o

[illegible]7/07 ACT [illegible]

[illegible]3/08 [illegible] ✓

[illegible] ✓

[illegible] financing ✓

40K

[illegible] credit line

[illegible] Satisfaction

New Tripoli 75K credit line

New Tripoli Satisfac

[illegible]2013 New Tripoli 95K credit line ✓

[illegible]/2013 New Tripoli Satis P

30
40 @ 1.25%
90
150

Citizens Bank

1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

1 OF 1

Beginning November 01, 2008 through November 30, 2008

US059 BR627 7 1

FARM SERVICE AGENCY
CATHLEEN R WISSER
1238 COUNTY WELFARE RD STE 240
LEESPORT PA 19533

RECEIVED
DEC 0 8 2008
Berks County FSA

## Commercial Checking

SUMMARY

Balance Calculation

| | |
|---|---|
| Previous Balance | 90,000.00 |
| Checks | 79,406.14 - this is all we got |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| Current Balance | 10,593.86 = when out the house |

FARM SERVICE AGENCY
CATHLEEN R WISSER
Municipal Checking
622126-808-0

TRANSACTION DETAILS

Checks* There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1001 | 4,109.39 | 11/04 | 1007* | 5,192.84 | 11/04 |
| 1003* | 15,000.00 | 11/25 | 1008 | 3,814.07 | 11/03 |
| 1004 | 5,465.00 | 11/04 | 1009 | 40,000.00 | 11/26 |
| 1005 | 5,824.84 | 11/04 | | | |

manure hauling
feed
vet
Breeding
cows
sit down at my Talble and wrote checks out

Previous Balance 90,000.00
− Total Checks 79,406.14 spent
= Current Balance 10,593.86

Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/03 | 86,185.93 | 11/25 | 50,593.86 | 11/26 | 10,593.86 |
| 11/04 | 65,593.86 | | | | |

NEWS FROM CITIZENS

--Give Help. Give Hope. Be Inspired. Please join us in saluting our new Champions in Action at citizensbank.com/community.

1. Bruce could sit at are tabl and write out checks of 3900
2 But couldn't bring checks of 465,00,00 and docketment 255,00,00 150,00,00
(treass what happen to all this money? Who sign are names,
Who came Bruce premisson to make this project
all we got is 202,972,14 + This 7900,00 / millon $

Member FDIC Equal Housing Lender

```
ADMILM02
ADPS                                                                09/16/14
OPR ID K34406              INQUIRY CODE LM                          15:20:19
                     LOAN CLOSING PREMANUSCRIPTING                  PAGE 002
                                                                    **END***
CASE NUMBER 44 039 0182461092   NAME WISSER, CATHLEEN R
FUND CODE                  4420 LOAN NUMBER      03 DATE OF STATUS          09/16/14
CASE CLSFCTN CODE             3 MAJ CLSFCTN CDE 01 INT CR RECPTR CODE
NONCSH APPLTN CDE               APROPTN CODE     92 CUMULATIVE INT CR
DTE LST NONCSH CR 00/00/00 FY OBLGN OCCURD 07 INTEREST CR CODE              0
------------------BUYDOWN-------------------    LOAN CNT-INSRD RH           0
SUSPEND CODE                                    TYPE OF ASSISTANCE        105
COMPUTATION PRINCIPAL AMOUNT                    RACE CODE                   1
INTEREST RATE OBLIGATION DATE                   SEX CODE                    2
FISCAL YEAR OBLIGATION OCCURD
TERM-YEARS
------------------------------------------------------------------------------
-NBR--ADVANCE AMT----CK DATE---CK CDE  -NBR--ADVANCE AMT----CK DATE---CK CDE
 01      39,999.00   03/30/07    3      02           1.00   12/26/06     3
 03                                     04
 05                                     06
 07                                     08
 09                                     10
SCREEN CDE: LM  SELECTION ID: 44 039 0182461092  LOAN: 03  ACCRUAL DTE: 091614
```

```
ADMILM02                                                              09/16/14
ADPS                         INQUIRY CODE LM                          15:19:51
OPR ID K34406           LOAN CLOSING PREMANUSCRIPTING                 PAGE 002
                                                                      **END***

CASE NUMBER 44 039 0182461092   NAME WISSER, CATHLEEN R
FUND CODE              4420 LOAN NUMBER      01 DATE OF STATUS        09/16/14
CASE CLSFCTN CODE         3 MAJ CLSFCTN CDE 01 INT CR RECPTR CODE
NONCSH APPLTN CDE          APROPTN CODE     92 CUMULATIVE INT CR
DTE LST NONCSH CR 00/00/00 FY OBLGN OCCURD 05 INTEREST CR CODE             0
------------------BUYDOWN-------------------  LOAN CNT-INSRD RH             0
SUSPEND CODE                                  TYPE OF ASSISTANCE          051
COMPUTATION PRINCIPAL AMOUNT                  RACE CODE                     1
INTEREST RATE OBLIGATION DATE                 SEX CODE                      2
FISCAL YEAR OBLIGATION OCCURD
TERM-YEARS
--------------------------------------------------------------------------
-NBR--ADVANCE AMT----CK DATE---CK CDE  -NBR--ADVANCE AMT----CK DATE---CK CDE
 01           1.00   11/19/04    3      02      50,999.00   11/10/04    3
 03      99,000.00   11/01/04    3      04
 05                                     06
 07                                     08
 09                                     10
SCREEN CDE: LM  SELECTION ID: 44 039 0182461092  LOAN: 01  ACCRUAL DTE: 091614
```

for what

For What

Where did the money go.
Blue Ball payed off April 2003 95,00 to buy
Larry father Farm 1997 4 years
2 tractors payed off 4430 John Deere for years
[illegible] 44230
1 combine payed off 4400 John Deere
1996 four years

```
ADMILM02                                                                          09/16/14
ADPS                                INQUIRY CODE LM                               15:20:51
OPR ID K34406                 LOAN CLOSING PREMANUSCRIPTING                       PAGE 002
                                                                                  **END***
CASE NUMBER 44 039 0182461092   NAME WISSER, CATHLEEN R
FUND CODE                 4420 LOAN NUMBER      06 DATE OF STATUS              09/16/14
CASE CLSFCTN CODE            0 MAJ CLSFCTN CDE 01 INT CR RECPTR CODE
NONCSH APPLTN CDE              APROPTN CODE    92 CUMULATIVE INT CR
DTE LST NONCSH CR 00/00/00 FY OBLGN OCCURD 09 INTEREST CR CODE                        0
------------------BUYDOWN-------------------  LOAN CNT-INSRD RH                      0
SUSPEND CODE                                  TYPE OF ASSISTANCE                    106
COMPUTATION PRINCIPAL AMOUNT                  RACE CODE                               1
INTEREST RATE OBLIGATION DATE                 SEX CODE                                2
FISCAL YEAR OBLIGATION OCCURD
TERM-YEARS
-------------------------------------------------------------------------------------
-NBR--ADVANCE AMT----CK DATE---CK CDE  -NBR--ADVANCE AMT----CK DATE---CK CDE
 01       90,000.00   10/23/08    3     02
 03                                     04
 05                                     06
 07                                     08
 09                                     10
SCREEN CDE: LM  SELECTION ID: 44 039 0182461092  LOAN: 06  ACCRUAL DTE: 091614
```

```
ADMILM02
ADPS                                                          09/16/14
OPR ID K34406              INQUIRY CODE LM                    15:21:02
                     LOAN CLOSING PREMANUSCRIPTING            PAGE 002
                                                              **END***
CASE NUMBER 44 039 0182461092   NAME WISSER, CATHLEEN R
FUND CODE                 4420 LOAN NUMBER      07 DATE OF STATUS      09/16/14
CASE CLSFCTN CODE            0 MAJ CLSFCTN CDE 01 INT CR RECPTR CODE
NONCSH APPLTN CDE              APROPTN CODE    92 CUMULATIVE INT CR
DTE LST NONCSH CR 00/00/00 FY OBLGN OCCURD 10 INTEREST CR CODE            0
------------------BUYDOWN-------------------  LOAN CNT-INSRD RH           0
SUSPEND CODE                                  TYPE OF ASSISTANCE        106
COMPUTATION PRINCIPAL AMOUNT                  RACE CODE                   1
INTEREST RATE OBLIGATION DATE                 SEX CODE                    2
FISCAL YEAR OBLIGATION OCCURD
TERM-YEARS
---------------------------------------------------------------------------
-NBR--ADVANCE AMT----CK DATE---CK CDE  -NBR--ADVANCE AMT----CK DATE---CK CDE
 01      30,000.00   07/07/10    3      02
 03                                     04
 05                                     06
 07                                     08
 09                                     10
SCREEN CDE: LM  SELECTION ID: 44 039 0182461092  LOAN: 07  ACCRUAL DTE: 091614
```

```
TERM NBR  406     OPR ID  406     UNCLOSED

CNUM  44-039-0182461092            NAME  WISSER, CATHLEEN R  STDT  091614
NAF1                               NAF2  8149 BAUSCH RD      AGCD  F  ORGC  1
XAOO       40,000.00  ZDOO 121806  FSYR  07  INR2   3.7500   SUBC  2  JTRE  01
FAGL             .00  APDT 121306  XAPC  92  PCOD  14        VCOD  0  FCOD  4420
XAOV             .00  AMED 000000  MCCD  01  RPPR  07        RCOD  1  LNUM  03
CVAC       40,000.00  LRDA 032807  LRCD   1  PAYC  2         CRFC  2  KCOD  05
UAMT             .00               SPCD  2   AAFI         0  CSAC  0  GPER  000
AA01            1.00  DC01 122606  CS01  3 E ICIN            RRAS  0  PPBC  126
AA02       39,999.00  DC02 033007  CS02  3 E TX1Y            HCAR     OTDC  0
AA03                  DC03         CS03      TX2Y            DPCD  7  MDFY  0
AA04                  DC04         CS04      DF1Y            CPIC  0  MDDN  000
AA05                  DC05         CS05      DF2Y            ICIC  0  ETBC  0
AA06                  DC06         CS06      HDWC  09        INCO  0  MARS  1
AA07                  DC07         CS07      RHDM            ZSPC  0  SEXC  2
AA08                  DC08         CS08      BFRR            SFCD  2  BHCD  00
AA09                  DC09         CS09      ERLC  0         SBCD     BDPC
BDAM                  DTOB         TERM      BDRT            CYIA
BDCA                  BDAD         BDSC      BRBD            IAMA
BMSD                  BDSF         BDFY      IART     .0000  AMTR           .00

CASE NUMBER: 44 039 0182461092   STATUS TYPE: UN   LOAN: 03   ACDT: 091614
END OF STATUS
```

Broke up 200, and put to 248, 880, 43

then just 465,00
get what you 150,00
needit
615,00

David Hock said Why didn't you spend

We only needit 560,00 for are New Barm
Bruce made it 1 Millon Dollar project ?? Why? 20,?

TERM. NBR 406 OPR ID 406 UNCLOSED

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNUM | 44-039-0182461092 | | | NAME | WISSER, CATHLEEN R | | | STDT | 091614 | | | |
| NAF1 | | | | NAF2 | 8149 BAUSCH RD | | | AGCD | F | ORGC | 1 | |
| XAOO | 200,000.00 | ZDOO | 042705 | FSYR | 05 | INR2 | 4.8750 | SUBC | 1 | JTRE | 01 | |
| FAGL | .00 | APDT | 042705 | XAPC | 92 | PCOD | 02 | VCOD | 0 | FCOD | 4120 | |
| XAOV | .00 | AMED | 000000 | MCCD | 05 | RPPR | 40 | RCOD | 1 | LNUM | 02 | |
| CVAC | 200,000.00 | LRDA | 012006 | LRCD | 1 | PAYC | 2 | CRFC | 2 | KCOD | 05 | |
| UAMT | .00 | | | SPCD | 2 | AAFI | 0 | CSAC | 0 | GPER | 000 | |
| AA01 | 1.00 | DC01 | 091505 | CS01 | 3 E | ICIN | | RRAS | 0 | PPBC | 143 | |
| AA02 | 75,000.00 | DC02 | 102805 | CS02 | 3 E | TX1Y | | HCAR | | OTDC | 0 | |
| AA03 | 50,000.00 | DC03 | 121405 | CS03 | 3 E | TX2Y | | DPCD | 7 | MDFY | 0 | |
| AA04 | 74,999.00 | DC04 | 012406 | CS04 | 3 E | DF1Y | | CPIC | 0 | MDDN | 000 | |
| AA05 | | DC05 | | CS05 | | DF2Y | | ICIC | 0 | ETBC | 0 | |
| AA06 | | DC06 | | CS06 | | HDWC | 11 | INCO | 0 | MARS | 1 | |
| AA07 | | DC07 | | CS07 | | RHDM | | ZSPC | 0 | SEXC | 2 | |
| AA08 | | DC08 | | CS08 | | BFRR | | SFCD | 2 | BHCD | 00 | |
| AA09 | | DC09 | | CS09 | | ERLC | 0 | SBCD | | BDPC | | |
| BDAM | | DTOB | | TERM | | BDRT | | CYIA | | | | |
| BDCA | | BDAD | | BDSC | | BRBD | | IAMA | | | | |
| BMSD | | BDSF | | BDFY | | IART | .0000 | AMTR | | | .00 | |

Broke up this amount and put to 248,880.43

CASE NUMBER: 44 039 0182461092 STATUS TYPE: UN LOAN: 02 ACDT: 091614
END OF STATUS

And roll it up in to Loan 2 starting with 248,880.43 Where 248,880.43 cames from 255, which he Bruce Brown payed neighbors Loan off of 6,972 Sunnyside Dairy. Then start 248,880.43, And rollup 75,00 then 74,99,00 & 1,00 and then 50 in then had 39 99.00 left over. New Tripoli Bank Loan office said David Hock, Bruce doesn't say what he did without, Just roll in Large amount and has left over David said we didn't even need it.

Which is It

Then he says Then he says
99 + 50, 150, when to
150,00 Blue Ball 130,00

He says This

```
TERM NBR  406    OPR ID  406     UNCLOSED

CNUM  44-039-0182461092          NAME  WISSER, CATHLEEN R   STDT  091614
NAF1                             NAF2  8149 BAUSCH RD       AGCD  F  ORGC  1
XAOO      150,000.00  ZDOO 102504  FSYR  05  INR2   3.8750  SUBC  1  JTRE  01
FAGL             .00  APDT 102004  XAPC  92  PCOD  01       VCOD  0  FCOD  4420
XAOV             .00  AMED 000000  MCCD  01  RPPR  07       RCOD  1  LNUM  01
CVAC      150,000.00  LRDA 092605  LRCD   7  PAYC  2        CRFC  2  KCOD  01
UAMT             .00               SPCD  2   AAFI        0  CSAC  0  GPER  000
AA01       99,000.00  DC01 110104  CS01  3 P ICIN           RRAS  0  PPBC  126
AA02       50,999.00  DC02 111004  CS02  3 P TX1Y           HCAR     OTDC  0
AA03            1.00  DC03 111904  CS03  3 P TX2Y           DPCD  7  MDFY  0
AA04                  DC04         CS04      DF1Y           CPIC  0  MDDN  000
AA05                  DC05         CS05      DF2Y           ICIC  0  ETBC  0
AA06                  DC06         CS06      HDWC  09       INCO  0  MARS  1
AA07                  DC07         CS07      RHDM           ZSPC  0  SEXC  2
AA08                  DC08         CS08      BFRR           SFCD  2  BHCD  00
AA09                  DC09         CS09      ERLC  0        SBCD     BDPC
BDAM                  DTOB         TERM      BDRT           CYIA
BDCA                  BDAD         BDSC      BRBD           IAMA
BMSD                  BDSF         BDFY      IART    .0000  AMTR           .00

CASE NUMBER: 44 039 0182461092   STATUS TYPE: UN   LOAN: 01   ACDT: 091614
END OF STATUS
```

```
ADMILM02                                                                    09/16/14
ADPS                                  INQUIRY CODE LM                       15:20:10
OPR ID K34406                  LOAN CLOSING PREMANUSCRIPTING                PAGE 002
                                                                            **END***
CASE NUMBER 44 039 0182461092   NAME WISSER, CATHLEEN R
FUND CODE                  4120 LOAN NUMBER      02 DATE OF STATUS          09/16/14
CASE CLSFCTN CODE             3 MAJ CLSFCTN CDE 05 INT CR RECPTR CODE
NONCSH APPLTN CDE               APROPTN CODE    92 CUMULATIVE INT CR
DTE LST NONCSH CR 00/00/00 FY OBLGN OCCURD 05 INTEREST CR CODE                  0
------------------BUYDOWN-------------------  LOAN CNT-INSRD RH                 0
SUSPEND CODE                                  TYPE OF ASSISTANCE              124
COMPUTATION PRINCIPAL AMOUNT                  RACE CODE                         1
INTEREST RATE OBLIGATION DATE                 SEX CODE                          2
FISCAL YEAR OBLIGATION OCCURD
TERM-YEARS
-----------------------------------------------------------------------------------
-NBR--ADVANCE AMT----CK DATE---CK CDE  -NBR--ADVANCE AMT----CK DATE---CK CDE
 01      74,999.00   01/24/06    3      02      50,000.00   12/14/05    3
 03      75,000.00   10/28/05    3      04           1.00   09/15/05    3
 05                                     06
 07                                     08
 09                                     10
SCREEN CDE: LM  SELECTION ID: 44 039 0182461092  LOAN: 02  ACCRUAL DTE: 091614
```

These notes are from Robert Goldman office
Brown's notes

which Bank
Where did he get 150, from

ENTERED NOV 1 200

- $150,000.00 loan was obligated 10/25/04
- Received $84.00 from App on 10-29-04 and filed UCC with Dept of State
- Received Faxed filed UCC from Dept of State on 11/5/04
- Ordered 1st loan check for what of $99,000.00 on 10/28/04 @ FLM Brown
- Ordered 2nd loan check for what of $51,000.00 11/4/04 but would not allow this amount, So did another 1C for what $50,999.00 @ FLM-Brown
- Updated MAC with UCC info -

Why were

W/10 TLC to "2" ? scheduled loan closing for 3:00 ? today at Farm

Elu ? prepare loan closing Documents
① ✓ P- note ($3.875%)-3 7/8% (89.16) $13,374.00
44-01 $150,000 for 7 yrs with 15 yr Amortization
② ✓ mile ... (• 1,115.00)
③ ✓ mrtg. for Lehigh county - also need to know filing Fee ?

ENTERED NOV 1 2004

What about
Citizens Bank Mike Look at paper
USDA change his mind so many times
44-01 121,691.61

B. Quillman
ENTERED OCT 28, 2004
Did a 1C to order a $90,000.00?
@ FLM-Brown (Paper Check)
F/U pull UD for check date.
10-29-2004 pulled UD screen for check date.
- 1st installment of $99,000.00?
paper check is dated Nov. 1st. 2004 -

B. Quillman
ENTERED OCT 29, 2004
Received check from "B" for the $84.00 filing fee to do the UCC-11 with the Dept of State -
Check was deposited & forms (UCC) w/ cover ltr (pos #4) were faxed to DOS (717) 783-2244
F/U for UCC to be filed and the check for closing

B. Quillman 10-29-04
Received $84.00 check to file the UCC with the Dept of State -
Faxed to DOS w/ cover ltr.
F/U for copy of filed UCC
11-4-04 - pulled copy of UCC info and ordered 2nd ck $51,000.00

11/17/04 [illegible]
BH [illegible]
[illegible]

B. Quillman ENTERED NOV 2 3 2004

F/u. ✓ Forward mtg to Lehigh County Court House Recorder of Deeds for filing. (4005) ✓ update MMC F.K. to Form ✓ original 446.04 in safe.

B. Quillman ENTERED NOV 2 3, 2004

Received $1.00 check for the remaining money left in the B's account before loan closing — typed up ltr. to send with the check. Requesting her to sign & date the copy of the letter & return it to our office — that she received this check.

B. Quillman ENTERED NOV 2 3, 2004

Received unfiled Mortgage back from the Lehigh County Recorder of Deeds Office with attached document requesting $4.00 more to file and they would not accept the notary seal.?

41-02 and
44-03

8/8/2005
B-B: (O.H.) with Borrower to close the loan -
[illegible] check closed loan [illegible] - [illegible]
all Documents signed by appropriate [illegible]

[illegible] with file [illegible]

C. Guillman 8-9-2005
[illegible] close Loan MAC
APPS

PAQ
8-16-05 TC to Jared @ UNCB at 717-519-3186 and left a message about needing the SBA info to set up B'S there in EFT -

Magdeline [illegible] UNCB
Bruce Brown of USDA is ordering UNCB to set up a free checking account.
(1) In the free checking account they took out the payments of the $255,000.00 loan and paid off loans of other people
(2) gave people money we dont even know and we think he paid off a neighbors loan

Cathleen R. Wisser
8149 Bausch Rd.
New Tripoli, PA 18066
610-298-2987
cell 484-223-8040
d.o.b. 8/28/56

Jim Bachman
8095 Bausch Rd.
N.T.
610-298-2277
c 484-221-2133
3/29/56

Problem: Credit assistance to avoid foreclosure
First Aware: 9/2005 When started to modernize small family dairy farm. Farm at 8281 Holbeds Valley Rd., N.T. – 1 mi. down rd.
Loans: disputing some of loan balances. Bruce Brown is loan officer. Paperwork confusing.
Chief Farm Loan Officer for D.O.A. - Community Bank
Union National, Foreclosing + Bruce pushing it. He's farm loan manager for the Dept. of Agriculture

Action in Foreclosure: Union Community Bank vs. Larry L. Wisser + Cathleen R. Wisser No. 2016 C 2244 Lehigh Co.

Union Comm
Citizen's
Fulton Bank
Thompson Bank

Brown has an account at these banks under the Farm Service Agency with Cathleen R. Wisser as the account holder.

Mike Giles, Esq. – Wyomissing.
got rid of — satisfied two judgments of three

Brown – he satisfied a 150,000 w/ Susquehanna Bank when only $20,000 owed.
1989 $95,000 15 yr. loan to buy old barn. Where did $ come from.
She thinks Brown embezzled it

Scott Hausman of Susquehanna Bank got $150,000 on 11/16/04 for Meridian that went to Susquehanna which (2/25/91) had original $95,000 loan that was paid down for 15 yrs to 20,000 or so – [illegible] paid off.

Loans to Blue Ball unexplained: Bruce Brown [illegible]
balance 9/14/04 $99,561.89
14,171.48
14,369.50

11/29/04 paid by check the amount of $122,615.00

deferred notes 15 months ahead · from today.

- Fedal Esquire Robert & John Goldman

Union National 9/21/05

Total Deposits of checks totalling $492,621.43

On 6-1-2006 took out $465,000.00 loan w/ Union National

from this $202,972.13 went into TA of Lancaster Escrow account at Union National for File No. to Larry + Cathleen who deposited it in American Bank (Jaindl) golf checking acct.

balance as of 6-5-2006 was. 201,837.00

FSA - The Farm Service Agency is an agency of the Dept of agriculture. They are supposed to shop around for bank loans for farmers and after the loan is secured from some bank, supervise the bank account.

Mike Giles - blocked foreclosure (Wyomissing)
George Lutz - bankruptcy (Allentown + Wyomissing)
Jeff Boyd = gen atty (refused to files) Boyertown
610-367-2148

FAX No 610-298-3197 P. 011

Bruce Brown

Took are commonwealth money what did he do with it?

## Commonwealth of Pennsylvania

000994 57 13080047

## Remittance Advice

| Acct. Control Number | Purchase Order Number | Invoice Date | Invoice Number | Payment Amount |
|---|---|---|---|---|
| AGR NUTRIENT MNGMNT PRGM.#4100029001 | | | | |
| 1901584104 | 0 | 07/12/2006 | ME444445 | $12,499.50 |

*000000124950*

**Total Payment Amount - $12,499.50**

IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT CALL 717-787-12[illegible]

DETACH CHECK AT PERFORATION

DEC/20/2010/TUE 01:02 PM New Tripoli Bank FAX No. 610-298-3197 P. 010

000857 85 53646804

# Commonwealth of Pennsylvania
## Remittance Advice

| Acct. Control Number | Purchase Order Number | Invoice Date | Invoice Number | Payment Amount |
|---|---|---|---|---|
| AG ME444445 4100029001 NUTRIENT MGMT PLAN GRAN IMPLE PRGM 1901668320 | 0 | 07/12/2006 | 071206 | $12,499.50 |

**Total Payment Amount - $12,499.50**

IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT CALL 717-787-1228 DETACH CHECK AT PERFORATION

000810 24 00375751

# Commonwealth of Pennsylvania

## Remittance Advice

| Acct. Control Number | Purchase Order Number | Invoice Date | Invoice Number | Payment Amount |
|---|---|---|---|---|
| AG ME444445 4100029001 NUTRIENT MGMT PLAN GRAN IMPLE PRGM 1901668349 | 0 | 10/12/2006 | 101206 | $2,500.00 |

*9800000250000*

Total Payment Amount - $2,500.0

DEC/20/2010/TUE 01:02 PM New Tripoli Bank FAX No. 610-298-3197 P. 009

000856 24 00375750

# Commonwealth of Pennsylvania

## Remittance Advice

| Acct. Control Number | Purchase Order Number | Invoice Date | Invoice Number | Payment Amount |
|---|---|---|---|---|
| AG ME444445 4100029001 NUTRIENT MGMT PLAN GRAN IMPLE PRGM 1901668356 | 0 | 10/12/2006 | 101206 | $2,500.00 |

**Total Payment Amount - $2,500.00**

IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT CALL 717-787-1228 DETACH CHECK AT PERFORATION

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
FOGELSVILLE, PA
18051
DEC 14, 21
AMOUNT
$27.10
R2304N118533-20

1007 19106

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 979 666 469 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE 484-223-8040

LARRY WISSER
8149 BAUSCH ROAD
NEW TRIPOLI, PA 18066

DELIVERY OPTIONS (Customer Use Only)

X SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

CLERK OF COURT, EDPA
JAMES A. BYRNE U.S. COURTHOUSE
ROOM 2609
601 MARKET STREET
PHILADELPHIA, PA 19106

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code: 18051 | Scheduled Delivery Date (MM/DD/YY): 12/15/2021 | Postage: $ 27.10 | |
| Date Accepted (MM/DD/YY): 12/14/2021 | Scheduled Delivery Time: ☐ 6:00 PM — 06 pm | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 4:21 ☐ AM ☒ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: 27.10 | |
| Weight: 6.90 lbs. ozs. ☒ Flat Rate | Acceptance Employee Initials: [initials] | $ | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| | | ☐ AM ☐ PM | |
| | | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

RECEIVED DEC 15 2021

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.