## In The United States District Court
## Eastern Division of Pennsylvania

| | | |
|---|---|---|
| Larry Wisser<br>And<br>Cathleen Wisser | ) | |
| | ) | $21-5017$<br>$21-5110$ |
| Plaintiffs | ) | Cause Number |
| Vs | ) | |
| Mr. Bruce Brown Individually<br>And as Agent for United States<br>Dept. Agriculture, Trustee Scott Waterman<br>Et Al | ) | NOTICE |
| | ) | |
| | | Motion for TRO |
| The United States<br>Department of Agriculture<br>Northwest Bank | ) | Motion for Injunction |
| | ) | |
| | | **JURY TRIAL DEMANDED** |
| John and Jane Does 1-10<br>yet to be identified | ) | |
| | ) | Plaintiffs |
| Defendants | | Affidavit in |
| | ) | Support of Injunction |

# Plaintiffs Amended - Reurged Motion for Stay - TRO and Permanent Injuction

**Now Comes Larry and Cathleen Wisser, Plaintiffs** and herein state under the Penalty of Perjury as follows per Rule 65 of the Federal Rules of Procedure

https://www.law.cornell.edu/rules/frcp/rule 65SEE

1

_**Plaintiffs  Request**  this Court to hear this Reurged Motion for Hearing on this  Restraining Order as soon as the Court's Calender Permits._

1. Recently Counsel for Defendants USDA, Mr. Bruce Brown and Scott Waterman were ordered By Judge Smith to produce the Records and Files USDA controls regarding the Wisser Farm and Larry and Cathy Wisser.

2. ZERO  Computative Documents were produced which reveal the Account Collections, Balances Owed , Zero  Notes or Memos NOT a single Balance Accounting Record or Statement explaining what Wissers have paid to and remain owing to the United States OR the United States Department of Agriculture.   THERE IS NO DOCUMENTATION or EXPLANATORY BILLING to rely upon to determine what if any amount is owed to USDA or the United States on any loan/s owed to Mr. Bruce Brown's Agency  NOR what figures have ever been relied upon by the Bankruptcy Trustee Scott Waterman.

https://www.google.com/search?q=ACCURATE+BILLING+STATEMENTS+++Funde mental+Accounting+Standards

## I. Introduction to Fraud Examination - ACFE

https://www.acfe.com › Products › Self-Study_CPE

PDF

In billing schemes, the false claim typically comes in the form of a fraudulent invoice. In payroll schemes, the false claim generally occurs when the fraudster ...

## Fake Invoice Scams - Avoiding & Reporting| USPIS - United ...

**https://www.uspis.gov** › scam-article › false-invoice-scam

Feb 5, 2019 — False Invoice Scam ... Businesses are popular targets for invoice fraud. In these scams, criminals send bills for goods or services the business ...

3. This case involves Fraudulent Billings and Demands for Payment to Foreclose and Sell the Wisser Farm.  Without precise and accurate Computational Files and Records it is IMPOSSIBLE to Calculate with any certainty WHAT IF ANY AMOUNT/S  are owed by Wissers to the United States Government or USDA.

a. *USDA provides ZERO RECORDS to Substantiate Their Inflated Demands*

b. *The records and files have Many times been FOIA'd and Demanded THEY STILL REMAIN A MYSTERY and MISSING.*

4. Recently and for many years  Wissers have requested from USDA and Bruce Brown the Files and Records regarding the Monthly and Annual Accountings of the United States and Defendant Bruce Brown's Agency.  The  Bankruptcy Courts as has This Court  Judge Edward Smith has ordered  USDA and Mr. Bruce Brown to produce the  FOIA's Files and Records germane to the Wisser Farm Matters herein before the Court.   ZERO Files or Records, Notes, Memos , Telephone Records  NOTHING has been produced showing HOW THE BALANCE/S of any amounts to USDA, Bruce Brow, Scott Waterman or the United State's Government seem to exist ?

5.  In good faith Wissers undertook every effort to discover the
    COMPUTATION Files and RECORDS which explain what if anything
    might be owing.  This last production of  FOIA's files and records
    STILL HAVE NO BALANCE INFORMATION nor any records which
    would allow the Calculation of What Wissers have borrowed, repaid
    and remain owing.  Fundamental Accounting Practices are NOT
    being practiced or adhered to by Defendant Waterman or Mr. Brown
    Et Al. Seemingly the Team of US Attorneys overlook this
    FUNDAMENTAL FACT ?

6.  Bankruptcy Judges Patty Meyers and Joyce Coleman also ignored
    the most basic rules of EQUITY and Accurate Accounting Practices.
    With the current Files and Records produced pursuant to FOIA and
    the Fair Debt Collections Practices Rules and more than one Federal
    Court Order …… Reconciliation or Forensic Examination of what
    Wissers IN REALITY ACTUALLY OWE is impossible.  Without being
    able to accurately calculate what is owed THIS COLLECTIONS
    MATTER amounts to a Stick Up,  Hold Up, Criminal Demand for
    Money by the Defendants.

7.  Accurate Affidavits  and Preliminary Exhibits have been filed with
    this Court showing that the Defendants for many years VIOLATED
    the Freedom of Information Act and Concealed and Hid Files and
    Records germane to the Wissers and Their Farm. Using false billings
    to violate Pennsylvania's Fair Debt Collections laws is as well
    violative of the Federal Fair Debt Collections Laws.

8.  This Court has concurrent jurisdiction over Open Records and Credit
    Collections Practices of Pennsylvania State and Federal Laws. Due

4

process and equal protection of law certainly applies to BILLING PRACTICES by the United States Government.

9. The Records associated with the abusive and false billings by USDA and Mr. Bruce Brown as well as Union National Bank and Northwest Banks, show more than $100,000.00 of  Farm Preservation Monies handled by USDA and Mr. Bruce Brown in connection with the Wisser Farm were by  ATM or Electronic Banking Transactions deprived from the Wissers and NOT properly credited to Wisser Accounts.   Larry and Cathy Wisser  NEVER MADE ELECTRONIC Payments, Debits or Withdrawls from the Banking Accounts  ONLY USDA and Defendant Bruce Brown did Electronic Transactions.

A. More than $200,000.00 given to Union National Bank  by  USDA and Mr. Bruce Brown and other Brown USDAAccounts controlled  by Bruce Brown were never accessible by or to the Wissers. *USDA and Mr. Bruce Browns ELECTRONIC BANKING FILES are even at this date being concealed and hidden. Pennsylvania and Federal Open Records Laws continue to be violated.*

10. The Records of Electronic Payments made by USDA and Bruce Brown regarding operations and debts servicing or connected to the Wissers and Their Farm have been withheld and secreted by Bruce Brown.   USDA and Mr. Brown continue to Hide and Secret Electronic Transactions involving more than $100,000.00 traceable to Land O Lakes Milk Accounts from which USDA and Defendant Bruce Brown collected on for several years.   The USDA and Defendant Bruce Brown has yet to produce USDA's Records and Files regarding these payments in violation of the Freedom of Information Act.

5

11. Electronic Collections or Electronic Banking Records, Payments, Deposits, Withdrawals from Wisser Banking Accounts , associated with the Fictitious Payments for a $40,000.00 +   Bulk Milk Tank and a Large Silo $50,000.00 +  Mr. Brown claims to have ELECTRONICALLY Refinanced Financed and Paid For <u>have been secreted and hidden by Mr. Bruce Brown.  The Wissers NEVER received the Monies nor the Milk Tank and Silo NOR has Defendant Bruce Brown provided Files and Records regarding these items.</u>

12. Payments Collections Withdrawals or Deposits, ATM and Electronic Banking records ( Controlled by Mr. Bruce Brown ) and authorization contracts or records which Authorize USDA - Bruce Brown  to CLANDESTINELY, SECRETLY withdraw money, make payments from or deposit funds or checks to the Bank Accounts of the Wissers and Their Farm traceable to Paying Off a Large $102,000.00 Lien on the Wisser Farm supposedly owed to Blue Ball Bank, or rather  BB&T Bank have ever been produced by USDA or Bruce Brown.  Said records and receipt for this payment have been secreted and withheld by Mr. Bruce Brown and the USDA for many years inviolation of the Freedom of Information Act.

13. Sales receipts from the Wisser's  Cow Herd taken by USDA and Mr. Bruce Brown , how those Sales Monies were Credited to the Wissers and Their Farm and the whereabouts of these monies have been hidden and secreted by Mr. Bruce Brown.  NO Bulk Milk Tank, No Silo or any other Equipment BANKING RECORDS have been produced by Defendant Waterman or Mr. Brown  NOR the USDA in this matter.

14. The AUTHORISATION agreements or Permission Records for Mr. Bruce Brown and USDA to Electronically access Wissers Bank for

6

Deposits, Withdrawals or Electronic Transactions , these Records of financial payments, Withdrawals, Deposits or Collections associated with the Wissers and Their Home and Farm have been secreted and concealed by Mr. Bruce Brown.  The Land O Lakes records still have NOT been produced nor properly credited to the Wissers Accounts.

15. The Original Wet Ink papers of the records Wissers have spent  7 Years demanding from USDA and Mr. Bruce Brown under Freedom of Information Act ( which were partially just recently produced ) the bulk of the records and files STILL HAVE NOT BEEN PRODUCED.

16. On the very day USDA and Bruce Brown's partial records release to the Wissers did occur on  $OcToBER 28^{th}  2001$  The US Bankruptcy Court dismissed the Wissers Chapter 12 Case before the Evidence could be shown to the Court regarding USDA's  Bruce Brown's  SKULLDUGGERY and Concealment of fthe Files and Records.

17. These records should include any written or stated exemptions under FOIA justifying the many years USDA and Mr. Bruce Brown stonewalled and refused the FOIA records production.

NOTE ....... NOT A SINGLE  Exemption from Producing the Files and Records has ever been stated by  USDA or Bruce Brown. Properly stated exemptions are MANDATORY.

18. The Account Number/s of all Electronic Financial Accounts used by Bruce Brown or USDA in transactions of payments, collections, Withdrawals or Deposits involving Wissers and Their Farm have

been concealed and hidden by Mr. Bruce Brown and the USDA for many years and USDA and Bruce Brown  FRAUDULENTLY pursue collections and FORECLOSURE on the Wissers  Farm and Property in violation of the FAIR DEBT COLLECTIONS  PRACTICES ACT and by means of  BAD FAITH and Fraudulent Means in the Courts of the United States and those of the State of Pennsylvania.

## MOTION FOR STAY - RESTRAINING ORDER - INJUNCTION

As stated in Plaintiffs ORIGINAL Affidavits, Complaint and herein  AGAIN Plaintiffs reurge and again Move this Court for a Hearing to be had on an EMERGENCY BASIS.  Irreparable Harm and Great Hardship and Damages will be caused UNLESS a  Temporary Restraining Order issues from this Court until such time as a HEARING Can Be Set and Heard at which time Plaintiffs are entitled to an Injuction against USDA and Mr. Bruce Brown to HALT  and  CEASE Immediately the Fraudulent Billings, Collections and Efforts to Seize and Sell Their Farm and Property.   Plaintiff's Pray for this relief and as follows.

1. All costs and expenses associated with this NOTICE Motion and Hearing.

2. That a full and proper Reconciliation of Their Accounts with USDA and Mr. Bruce Brown be ORDERED

a. That upon Showing and Trial ..... The Damages and Costs, Expenses demanded in Plaintiff's Original Complaint be Ordered Paid to the Plaintiffs / Moveants as set forth in Plaintiffs Original Complaint.

**Plaintiffs Request this Court to enjoin and halt** this False
**Billings and Concealed Records Scheme being** employed **to
STEAL the Wissers Far. Such Absurd and Fraudulent Billing
Practices, Bankruptcy Behavior and US Postal** Service **Fraud
are NOT ALLOWED by Pennsylvania State and** US **Federal
Laws. This Court has concurrent jurisdiction** over **the State
and Federal Laws.**

**Using Obfuscation and Concealment, False Billings to
STEAL the Wissers Farm are an effort at Fraudulent
Conversion of the Wissers Farm Property to be** sold at
**Fraudulent Sale by USDA with the Aid and Assistance of
Defendant Waterman and the Bank listed herein** as
**Defendants. Based upon the above facts Property and Due
Process Rights, Equal Protection under Both Pennsylvania
and US Constitutions and Laws demands that Wissers be
protected from the Unlawful Scheme herein** described.
**Plaintiffs ask for a PERMANENT RESTRAINING** ORDER **to
Halt this effort to Rob Them and for ALL REASONABLE
DAMAGES to which They are Entitled.**

**Wherefore Premises Considered** Your Plaintiffs demand a Trial By Jury
and that at least 10 Million Dollars be awarded Them for Emotional Distress and
Mental Anguish and Physical Distress traceable to this Scheme to Steal Their

**Respectfully**

*[signature]*

*[signature]*

**Larry and Cathy Wisser**

**Dated** Jan 29ᵗʰ 2022

**Address of the Plaintiffs**
8149 BAUSCH ROAD
NEW TRIPOLI, PA 18066

## NOTARY STAMP AND ENDORSEMENT

*[signature]*

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries

## Certificate of Service

On this Day __11/29/2022__ a copy of this AFFIDAVIT  was by US Mail sent to USDA and Mr. Bruce Brown at the following address. Copy was sent to Mr. Scott Waterman at the Address indicated below.

*[signature]*

**Larry and Cathy Wisser**

*[signature]*
**DATED**

Farm Property and Constitutional Rights.  All other Costs and Damages Reasonable are requested, including Costs of this and all previous legal proceedings.

### Notary Jurat

I  Mr. Larry Wisser and I   Mrs. Cathay Wisser herein state that under the Penalty of Perjury the Above Representations and Statements are Accurate and Truthful to the Best of Our Belief and Knowledge.

Mr. Larry and Cathy Wisser after having shown Proof of Their Identities do herewith execute this Affidavit in Connection with the Federal Lawsuit indicated upon this Affidavit.  See Attached Records and Statements of Mr. Larry and Cathy Wisser.

_____
**Larry Wisser**

_____
**Cathy Wisser**

# NOTARY ENDORSEMENT

*[signature: Ruth Miller]*

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries

## SUPERIOR COURT OF PENNSYLVANIA
### Civil Docketing Statement

Pursuant to Pa.R.A.P. 3517, you *must* complete this form in its entirety and return this form and attachments to the Prothonotary of the Superior Court by February 2, 2022. A completed copy of this form *must* also be provided to each appellee. THIS FORM IS FOR **CIVIL** APPEALS ONLY, as indicated on the trial court docket and/or order from which you are appealing.

### <u>FAILURE TO COMPLETE THIS DOCKETING STATEMENT IN ITS ENTIRETY IN A TIMELY MANNER, WITH ALL REQUESTED DOCUMENTS ATTACHED, WILL RESULT IN DISMISSAL OF THE APPEAL.</u>

**A. CASE IDENTIFICATION**

1. Case Caption: Northwest Bank v. Wisser, L.
2. Superior Court Docket No: 153 EDA 2022
3. Party or parties filing appeal: Wisser and Cathleen R. Wisser, Larry L.

**B. TIMELINESS OF APPEAL** (Check only those which apply and fill in the date(s))

( ) Date of judgment or order appealed from: _____

( ) Date of Pa.R.Civ.P. 236 notice: _____

( ) Date praecipe for judgment filed: _____

( ) Date judgment filed: _____

(✓) Date notice of appeal filed: JAN. 3, 2022

Was reconsideration requested in the lower court? ( ) Yes ( ) No (date) _____

Was it expressly granted? ( ) Yes ( ) No (date) _____

**C. APPEAL FROM THE TRIAL COURT**

1. Is the order appealed from a final, appealable order? ( ) Yes (✓) No

    Specify rule and subsection governing finality (e.g. Pa.R.A.P. 301, 313, 341) and, if desired, any applicable case law.

    _____

2. If the order is not a final order:

    a. Is the order appealable as of right under Pa.R.A.P. 311? ( ) Yes ( ) No
    (specify which subsection) _____

    b. Was permission to appeal granted pursuant to:

       i. Pa.R.A.P. 1311? ( ) Yes ( ) No Misc. Docket No. _____
       ii. Pa.R.A.P. 1501 *et seq.*? ( ) Yes ( ) No Misc. Docket No. _____

3. How have issues been preserved? (e.g. pre-trial motions, timely objection, motion to remove non-suit, petition to strike/open)

    _____

    _____

    _____

**D. RELATED CASES**

List all related cases pending in any court (e.g. co-defendants, cross-appeal , cross-claims, counterclaims, bankruptcy proceedings or other appeals):

| CASE NAME | COURT | CASE NO. | TYPE OF CASE |
|-----------|-------|----------|--------------|
| *SEE ATTACHED* | | | |

Docket No. of cross-appeal: _____

**E. DESCRIPTION OF APPEAL** (If necessary, attach additional pages for completion of 1 and 2)

1.  Brief description of action and result below:

    *SEE ATTACHED*

2.  Issues to be raised on appeal:

    *SEE ATTACHED*

**HAVE YOU ATTACHED** *(failure to attach any of the following, without explanation, may result in sua sponte action by this Court, including dismissal of the appeal)*:

(1) trial court's judgment, order or decree from which this appeal is taken?   ( ) Yes  ( ) No
(2) notice of appeal?   ( ) Yes  ( ) No
(3) up-to-date trial court docket?   ( ) Yes  ( ) No
(4) trial court opinion, if available?   ( ) Yes  ( ) No

*Cathleen R Wisser*

Signature _*Larry L Wisser*_   E-Mail Address _NONE_

*Cathleen R Wisser*

Print Name _LARRY L. WISSER_   Atty. I.D. No. _____

Address _8149 BAUSCH ROAD_   Date _1-28-2022_

_NEW TRIPOLY, PA, 18066_

Went to the court house on December 30, 2021 to stop and overturn the sale of our farm.  See original case # 21-5017-21-5110/#2016-C-2244.  The sale is illegal and the debt collection is illegal caused by Bruce Brown, Agent for USDA and Northwest Bank not producing servicing records to prove amount we owed.  No Servicing records, no statements, no details have ever been produced after several requests. We had no accounting records to see what we owed.

We are asking for Jury to decide this case.