IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WISSER and CATHLEEN WISSER, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-5017 |
| v. | : : : | |
| MR. BRUCE BROWN, individually and as agent for United States Dept. Agriculture; THE UNITED STATES DEPARTMENT OF AGRICULTURE; and JOHN and JANE DOES 1-10, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of February, 2022, after considering the "Amended – Reurged Motion for Stay – TRO and Permanent Injunction" filed by the *pro se* plaintiffs, Larry and Cathleen Wisser (Doc. No. 17), it is hereby **ORDERED** as follows:

1. The plaintiffs' "Amended – Reurged Motion for Stay – TRO and Permanent Injunction" (Doc. No. 17) is **DENIED**;[1]

2. The clerk of court shall **MAIL** a copy of this order to Larry Wisser and Cathleen Wisser at 8149 Bausch Road, New Tripoli, Pennsylvania 18066; and

---

[1] In this motion, the Wissers appear to seek a stay and request temporary and permanent injunctive relief because the USDA has not provided records to them which essentially detail how much they paid to the United States and how much they still owe. *See* Pls.' Am. – Reurged Mot. for Stay – TRO and Perm. Inj. at ECF p. 2, Doc. No. 17. In this motion, the Wissers have not provided the court with a proper basis to stay any aspect relating to their farm or to grant temporary or permanent injunctive relief. *See Cigar Ass'n of Am. v. City of Philadelphia*, No. 20-3519, 2021 WL 5505406, at *2 (3d Cir. Nov. 24, 2021) (setting forth standard for preliminary injunctive relief). In addition, to the extent that the Wissers appear to seek a stay of the sale of their farm, it was represented during the last hearing that the Wissers' farm was sold at a Sheriff's Sale. To the extent necessary, the court also incorporates the reasons previously provided for denying the Wissers' prior motion to stay and for injunctive relief provided during the proceedings on December 20, 2021, and January 20, 2022, into this order.

The court encourages the Wissers to take all steps necessary to comply with the court's January 21, 2022 Order (Doc. No. 15).

3. The clerk of court shall **E-MAIL** a copy of this order to Tim Wasser at wassertim@yahoo.com.[2]

                    BY THE COURT:

                    /s/ *Edward G. Smith*
                    EDWARD G. SMITH, J.

---

[2] The Wissers have previously represented to the court that Tim Wasser is their pastor and that they can be contacted through their church.