### In The United States District Court
### Eastern Division of Pennsylvania

| | | |
|---|---|---|
| **Larry Wisser** | ) | |
| **And** | | |
| **Cathleen Wisser** | ) | |
| | | |
| **Plaintiffs** | ) | **Cause Number 21-5017** |
| | | |
| **Vs** | ) | |
| | | |
| **Mr. Bruce Brown Individually** | ) | |
| **And as Agent for United States** | | |
| **Dept. Agriculture, Trustee Scott Waterman** | ) | **NOTICE** |
| **Et Al** | | |
| | ) | |
| | | |
| **The United States** | ) | |
| **Department of Agriculture** | | |
| **Northwest Bank** | | |
| | ) | |
| | | **JURY TRIAL DEMANDED** |
| **John and Jane Does 1-10** | ) | |
| **yet to be identified** | | |
| | ) | **Plaintiffs** |
| **Defendants** | | **Demand Discovery** |
| | ) | |

1. USDA's , Bruce Brown's Records,  associated with all other Farm and Home financing, foreclosures, credit accounting and loan servicing activities of USDA more than likely reveal NON EXISTENT and FAKED accounting records as in The Wisser matter.

2. <u>All Bruce Brown USDA lending and accounting or loan servicing files and records need to be produced.</u> It appears Fraudulent Accounting and

Records Management is Routine with Brown and USDA. This Discovery Request will establish the Policy Custom Practice and Pattern of Brown's and USDA's Property Thefts and Frauds like being practiced in the matter of the Wissers. Non EXISTENT Accounting and Servicing Records as in this matter reveal a Very Serious and Fundamental Scam and Fraud in accounting practices . <u>These Records need to be produced in Discovery Demanded.</u>

3. <u>USDA BRUCE BROWN'S Loan Servicing Records and FILES for all loans serviced by Defendant Brown and the USDA involved</u>  in loans similar to the loan and financial files to the Wissers.

## Rule 34. Producing Documents, Electronically Stored ...

LII **https://www.law.cornell.edu** › rules › frcp › rule_34

Similarly, if the discovering party needs to check the electronic source itself, the court may protect respondent with respect to preservation of his records, confidentially of nondiscoverable matters, and costs. Subdivision (b). The procedure provided in Rule 34 is essentially the same as that in Rule 33, as amended, and the discussion in the ...

## 31 U.S. Code § 3733 - Civil investigative demands | U.S ...

LII **https://www.law.cornell.edu** › uscode › text › 31 › 3733

Any such demand or any petition filed under subsection (j) may be served upon any person who is not found within the territorial jurisdiction of any court of the United States in such manner as the Federal Rules of Civil Procedure prescribe for service in a foreign country. To the extent that the courts of the United States can assert jurisdiction over any such person consistent with due ...

## Rule 34. Producing Documents, Electronically Stored ...

**https://www.law.cornell.edu** › rules › frcp › rule_34

The responding party may state that it will produce copies of documents or of electronically stored information instead of permitting inspection.

**Larry Wisser**

*[signature]*

**Cathy Wisser**

*[signature]*

### Notary Jurat

I  Mr. Larry Wisser and I  Mrs. Cathay Wisser herein state that under the Penalty of Perjury the Above Representations and Statements are Accurate and Truthful to the Best of Our Belief and Knowledge.

Mr. Larry and Cathy Wisser after having shown Proof of Their Identities do herewith execute this Affidavit in Connection with the Federal Lawsuit indicated upon this Affidavit.  See Attached Records and Statements of Mr. Larry and Cathy Wisser.

*[signature]*

**Larry Wisser**

3

**Cathy Wisser**

*Cathy Wisser*

**Respectfully**

Subscribed and sworn before me, this 18th
day of _Feb_, _2022_, a Notary Public
in and for _Lehigh_ County,
State of _PA_

_Ruth Miller_
(Signature)
NOTARY PUBLIC
My Commission expires _4-17-2022_

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries

**Larry and Cathy Wisser**

*Larry Wisser   Cathy Wisser*
**Dated**

**Address of the Plaintiffs**
8149 BAYSCH ROAD
NEW TRIPOLI PA. 18066

## NOTARY STAMP AND ENDORSEMENT

## Certificate of Service

On this Day 2-18-2022 a copy of this AFFIDAVIT was by US Mail sent to
USDA and Mr. Bruce Brown at the following address. Copy was sent to Mr. Scott
Waterman at the Address indicated below.

SCOTT WATERMAN ESQ
CHAPTER 12 TRUSTEE
**Larry and Cathy Wisser** 2901 ST LAWRENCE AVENUE
*Larry Wisser   Cathy Wisser* READING PA. 19606

**DATED**
CHARLES N SHURR JR. ESQ          MATTHEW E.K. HOWATT
3640 WESTVIEW DRIVE               ASSISTANT U.S ATTORNEY
WYOMISSINA PA. 19610              615 CHESTNUT STREET
NORTH WEST BANK ATTORNEY         SUITE 1250
                                 PHILADELPHIA PX. 19106-4476      4

# NOTARY ENDORSEMENT

Subscribed and sworn before me, this 18th
day of ____ Feb ____ 2022, a Notary Public
in and for ____ lehigh ____ County,
State of ____ PA ____

_____
(Signature)
NOTARY PUBLIC
My Commission expires ____ 4/1 2022 ____

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries