bcbetz@ptd.net

| | |
|---|---|
| From: | SwampFox <notjuris@gmail.com> |
| Sent: | Sunday, February 27, 2022 10:34 AM |
| To: | Matthew.Howatt@usdoj.gov; Chambers_of_Judge_Edward_G_Smith@paed.uscourts.gov |
| Cc: | bcbetz@ptd.net; Tim Wasser |
| Subject: | USDA FSA / Wisser Farm |
| Attachments: | USDA.pdf |

It appears that USDA has a long history of FAILINGS in proper methods of record keeping and accounting practices going back to the 1980s. Understand for a moment that FSA and USDA are across the board HALTING all loan accelerations because of THEIR MESS regarding proper loan servicing procedures and record keeping ( See the attached USDA Letter to Wissers )

The discovery demand recently made on USDA is directly relevant and material in this matter involving how Outstanding Debt Balance was calculated against the Wissers ( and seemingly many others )

Sending this letter to Wissers should certainly be enough to STOP the Seizure of the Wisser Property and act as EVIDENCE of the Mega Problems at FSA and USDA regarding the Wisser Complaint.

It should be noted ..... The USDA Letter to Wissers ( attached ) is certainly evidence that USDA has a very great Agency Wide problem with lawful, accurate and proper Loan Servicing Practices. The discovery recently demanded and Halting The Seizure of Wissers Farm and Property certainly needs to occur. Again reference the attached USDA Letter sent by US Mail to Wissers.

The Qui Tam Whistleblower nature of the Wisser Litigation is bolstered greatly by the January 2020 Letter to Wissers. It appears FSA and USDA really have some Big Big Problems.

Please Halt All Actions to Seize Wissers Property.

*Cathy Wisser*

Virus-free. www.avg.com

*Larry L. Wisser*



RECEIVED MAR - 3