## bcbetz@ptd.net

| | |
|---|---|
| **From:** | SwampFox <notjuris@gmail.com> |
| **Sent:** | Monday, February 28, 2022 4:24 PM |
| **To:** | Matthew.Howatt@usdoj.gov; Chambers_of_Judge_Edward_G_Smith@paed.uscourts.gov |
| **Cc:** | bcbetz@ptd.net; Tim Wasser |
| **Subject:** | Bankruptcy Trans Records / Wisser Farm |

Request the Reopening of Case

The Bankruptcy Records mentioned come as a Surprise. Wissers are still working on it with that Court Clerk. Wissers Bankruptcy Transcripts and Records are in the process of being produced by that Clerk of Court.

These Records are electronic and the Bankruptcy Court should have them very shortly. The Case needs to be reopened the instant the Bankruptcy Court supplies them for the District Court as directed.

Requesting the Case be reopened as the Bankruptcy Records mentioned are in that Court's Computers and are forthcoming.

Cathy Wisser

Virus-free. www.avg.com

Larry L. Wisser

