## bcbetz@ptd.net

| | |
|---|---|
| **From:** | SwampFox <notjuris@gmail.com> |
| **Sent:** | Sunday, February 27, 2022 2:23 PM |
| **To:** | Matthew.Howatt@usdoj.gov; Chambers_of_Judge_Edward_G_Smith@paed.uscourts.gov |
| **Cc:** | bcbetz@ptd.net; Tim Wasser |
| **Subject:** | USDA FSA Records / Wisser Farm |

USDA and FSA are required to maintain , keep and preserve records and files on ALL PAYMENTS associated with collections from borrowers such as Wissers.

Our Discovery Demands are nearly identical to the FOIA requests already made, except Now It's Demanded that All Files and Records of Payments from Borrowers to USDA like the Wissers be produced. The relevance being HOW was the Outstanding Balance Owed by Wissers Calculated when FSA and USDA are unable to produce said records and files for the Wissers loan accounts ?

USDA and FSA are required to have and produce these documents.

See .....

https://www.google.com/search?q=mandatory+usda+loan+payments+record+keeping

Again the Demand for Discover / Production of the identified Files and Records is NOT NEGOTIABLE and a Half to any Property of Wissers being Seized is Demanded. USDA seems to have extremely serious record keeping problems / deficiencies.

https://www.google.com/search?q=mandatory+usda+loan+payments+record+keeping

Some level of damages must as well be paid to Wissers associated with the USDA attempt to Demand Payment on Loans it has NOT produced Servicing Records on. The fraudulent collection practices employed against Wissers being revealed by USDA's total lack of accounting records on all the Wisser's payments to USDA over many many years.

https://www.google.com/search?q=mandatory+usda+loan+payments+record+keeping


Please Halt All efforts to Seize the Wisser Farm and associated Wisser Property


On Sun, Feb 27, 2022, 10:34 AM SwampFox <notjuris@gmail.com> wrote:
> It appears that USDA has a long history of FAILINGS in proper methods of record keeping and accounting practices going back to the 1980s. Understand for a moment that FSA and USDA are across the board HALTING all loan accelerations because of THEIR MESS regarding proper loan servicing procedures and record keeping ( See the attached USDA Letter to Wissers )
>
> The discovery demand recently made on USDA is directly relevant and material in this matter involving how Outstanding Debt Balance was calculated against the Wissers ( and seemingly many others )

1

accelerations because of THEIR MESS regarding proper loan servicing procedures and record keeping ( See the attached USDA Letter to Wissers )

The discovery demand recently made on USDA is directly relevant and material in this matter involving how Outstanding Debt Balance was calculated against the Wissers ( and seemingly many others )

Sending this letter to Wissers should certainly be enough to STOP the Seizure of the Wisser Property and act as EVIDENCE of the Mega Problems at FSA and USDA regarding the Wisser Complaint.

It should be noted ..... The USDA Letter to Wissers ( attached ) is certainly evidence that USDA has a very great Agency Wide problem with lawful, accurate and proper Loan Servicing Practices. The discovery recently demanded and Halting The Seizure of Wissers Farm and Property certainly needs to occur. Again reference the attached USDA Letter sent by US Mail to Wissers.

The Qui Tam Whistleblower nature of the Wisser Litigation is bolstered greatly by the January 2020 Letter to Wissers. It appears FSA and USDA really have some Big Big Problems.

Please Halt All Actions to Seize Wissers Property.

 Virus-free. www.avg.com

*Cathy Wisser*

*Larry L. Wisser*