IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: LARRY WISSER and CATHLEEN WISSER, | : : : : : | CIVIL ACTION NO. 21-5110 |
| Appellants. | | |

| | | |
|---|---|---|
| LARRY WISSER and CATHLEEN WISSER, | : : : : : : : : : : : : : : : | CIVIL ACTION NO. 21-5017 |
| Plaintiffs, | | |
| v. | | |
| MR. BRUCE BROWN, individually and as agent for United States Dept. Agriculture; THE UNITED STATES DEPARTMENT OF AGRICULTURE; and JOHN and JANE DOES 1-10, | | |
| Defendants. | | |

## ORDER

**AND NOW**, this 9th day of March, 2022, it is hereby **ORDERED** as follows:

1. The on-the-record telephone conference scheduled for Tuesday, March 29, 2022, at 2:00 p.m. is **RESCHEDULED** to **Thursday, April 14, 2022**, at **10:30 a.m.** Larry Wisser, Cathleen Wisser, and defense counsel shall call 866-434-5269 and use pin 3623011# to enter the conference call;

2. The clerk of court shall **MAIL** a copy of this order to Larry Wisser and Cathleen Wisser at 8149 Bausch Road, New Tripoli, Pennsylvania 18066;

3. The clerk of court shall **E-MAIL** a copy of this order to Tim Wasser at wassertim@yahoo.com;[1] and

---

[1] The Wissers have previously represented to the court that Tim Wasser is their pastor and that they can be contacted through their church.

4.    The clerk of court shall (a) **E-MAIL** a copy of this order to Scott F. Waterman at ECFMail@ReadingCh13.com and (b) **MAIL** a copy of this order to Scott F. Waterman at 2901 St. Lawrence Avenue, Suite 100, Reading, Pennsylvania 19606.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.