IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WISSER and CATHLEEN WISSER, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-5017 |
| v. | : : | |
| MR. BRUCE BROWN, individually and as agent for United States Dept. Agriculture; THE UNITED STATES DEPARTMENT OF AGRICULTURE; and JOHN and JANE DOES 1-10, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of March, 2022, after considering the "Amended – Reurged Motion for Stay – TRO and Permanent Injunction" filed by the *pro se* plaintiffs, Larry and Cathleen Wisser (Doc. No. 21), it is hereby **ORDERED** as follows:

1. The plaintiffs' "Amended – Reurged Motion for Stay – TRO and Permanent Injunction" (Doc. No. 21) is **DENIED**;[1]

---

[1] In this motion, the Wissers appear to seek a stay and request temporary and permanent injunctive relief because "Accurate Affidavits and Preliminary Exhibits" have been filed with the court which show that the defendants have violated the Freedom of Information Act and hid documents from them. *See* Pls.' Am. – Reurged Mot. for Stay – TRO and Perm. Inj. at ECF p. 2, Doc. No. 21. Throughout the motion, they repeat allegations that the defendants have continually withheld documents from them. *See id.* at ECF pp. 2–5. They claim to have been seeking these documents for seven years. *See id.* at ECF p. 4.

The Wissers also contend that records show that the defendants did not properly credit $100,000 to their accounts. *See id.* They also note that they never made electronic payments or withdrawals. *See id.* It appears that they generally contend that banks gave the defendants more than $200,000 for the Wissers that they were never able to access. *See id.* at ECF pp. 2–3.

In this motion, and as with their two prior motions, the Wissers have not provided the court with a proper basis to stay any aspect relating to their farm or to grant temporary or permanent injunctive relief. *See Cigar Ass'n of Am. v. City of Philadelphia*, No. 20-3519, 2021 WL 5505406, at *2 (3d Cir. Nov. 24, 2021) (setting forth standard for preliminary injunctive relief). In addition, to the extent that the Wissers appear to seek a stay of the sale of their farm, it was represented during the last hearing that the Wissers' farm was sold at a Sheriff's Sale. To the extent necessary, the court also incorporates the reasons previously provided for denying the Wissers' prior motion to stay and for injunctive relief provided during the proceedings on December 20, 2021, and January 20, 2022, as well as the orders denying their two prior motions to stay and for injunctive relief entered on January 21, 2022 and February 4, 2022, into this order.

2

      2.      The clerk of court shall **MAIL** a copy of this order to Larry Wisser and Cathleen Wisser at 8149 Bausch Road, New Tripoli, Pennsylvania 18066; and

      3.      The clerk of court shall **E-MAIL** a copy of this order to Tim Wasser at wassertim@yahoo.com.[2]

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

    The court again encourages the Wissers to take all steps necessary to comply with the court's January 21, 2022 Order (Doc. No. 15).

[2] The Wissers have previously represented to the court that Tim Wasser is their pastor and that they can be contacted through their church.