**bcbetz@ptd.net**

| | |
|---|---|
| **From:** | SwampFox <notjuris@gmail.com> |
| **Sent:** | Thursday, March 24, 2022 11:43 AM |
| **To:** | Chambers_of_Judge_Edward_G_Smith@paed.uscourts.gov; Tim Wasser; bcbetz@ptd.net |
| **Cc:** | paedmail@paed.uscourts.gov; Matthew.Howatt@usdoj.gov; CaseView.ECF@usdoj.gov; desiree.wilkins@usdoj.gov; mardella.suarez@usdoj.gov; Sherri.Tiller-Nikazy@usdoj.gov |
| **Subject:** | Re: Activity in Case 5:21-cv-05017-EGS WISSER et al v. BROWN et al Motion to Dismiss |

Dear Judge Smith, Mr. Howett,

Motion for 30 Days Continuance requested by Larry and Cathy Wisser

The Wissers have  NO Computer access and CAN NOT Read the Exhibits You have attached to Your Recent Motion to Dismiss.  The Motion and the Hundreds of Pages of Your Exhibits  HAVE NOT been reviewed for Authenticity or Genuineness and therefore are  NOT Admitted to or Acceptable as Evidence.

Many FOIA demands have been made for  SERVICING RECORDS on the hundreds of Payments and the $150,000.00 Farm Preservation Money, the Silo and Milk Tank Loans and other monies such as the Profits from the sale of Wisser's Herd.  These records HAVE Never been produced previously.  Wissers need time to review and respond to these HUNDREDS of Papers the US Attorney JUST FILED and Wissers have  NO COMPUTER ACCESS.

In closing  Wissers MUST HAVE all the Records You Just Files  Mailed by US Mail and will need at least 30 Days to review them.  Wissers  OBJECT to the Records You just filed as They Can NOT review Them nor Admit or Deny They are accurate and Genuine.  These Hundreds of Exhibits must be made available to Wissers by US Mail and or FedEx or UPS.

Wissers are asking the Court for a 30 Day Continuance as these Records MUST BE reviewed and there are HUNDREDS of Pages to Review.

Thanks *[signature: Larry Wisser & Cathy Wisser]*

Larry and Cathy Wisser

On Wed, Mar 23, 2022 at 1:52 PM <ecf_paed@paed.uscourts.gov> wrote:

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**bcbetz@ptd.net**

| | |
|---|---|
| **From:** | SwampFox <notjuris@gmail.com> |
| **Sent:** | Sunday, March 20, 2022 12:53 PM |
| **To:** | Tim Wasser |
| **Cc:** | bcbetz@ptd.net; Chambers_of_Judge_Edward_G_Smith@paed.uscourts.gov; Matthew.Howatt@usdoj.gov |
| **Subject:** | FOIA USDA tabulating outstanding balances owed to the United States / Bruce Brown / USDA |

I believe the FOIA and the Rules of Discovery certainly apply to the Papers, Emails, Files, Records and Computer Data that reveals how USDA and it's Agents like Bruce Brown maintain Loan Servicing Records. The technique of determining balances owing on Loans such as Yours and how, where and in what form the Servicing Records are kept seem to be a Huge Mystery in Your matters.

Perhaps USDA Agents like Brown don't feel Contracts need to be Properly Endorced and Loan Servicing Records are NOT NEEDED. It needs to be explained to THE CONGRESS and the Inspector General how it is USDA tracts to payments it receives IF They don't make and keep records ? Very Curious indeed.

Hey Larry and Cathy

It is a complete MYSTERY as to how USDA and Scott Waterman and Bruce Brown calculated Any Balance Owing.

I think the Trustee and US Attorneys and all the Judges really need to state for the record How USDA and Bruce Brown accomplished the ACCOUNTING and FOIA requires those files and records be produced.

The USDA is required to maintain these Servicing and Accounting records on ALL USDA LOANS. I think You have every right to Demand USDA and Bruce Brown and the US Attorneys produce the Servicing Records on all of Bruce Brown's Accounts.

The accounting practices of USDA are very relevant, I believe ALL USDA Loan Servicing Records need to be produced to see just how widespread Bruce Brown's Fuzzy Math is used to STEAL FARMS etc..

I suggest DISCOVERY and FOIA needs to produced by the US Government as to how these accounting tricks are used to Steal Homes and Farms.

*Larry Wisser & Cathy Wisser*

1

**bcbetz@ptd.net**

| | |
|---|---|
| **From:** | SwampFox <notjuris@gmail.com> |
| **Sent:** | Sunday, March 20, 2022 11:05 AM |
| **To:** | Tim Wasser |
| **Cc:** | bcbetz@ptd.net; Matthew.Howatt@usdoj.gov; Sherri.Tiller-Nikazy@usdoj.gov; desiree.wilkins@usdoj.gov |
| **Subject:** | FOIA USDA with Judge Meyers and Coleman were able to tabulate and calculate any outstanding balance owed to the United States / Bruce Brown / USDA |
| **Attachments:** | Screenshot_20220320-105014~2.png |

The USA discovers a new Earth 300 Light Years Away .... Now Explain and Produce USDA's Loan Servicing Records ....

https://share.newsbreak.com/pc619qym

Hey Larry and Cathy

It is a complete MYSTERY as to how USDA and Scott Waterman and Bruce Brown calculated Any Balance Owing.

I think the Trustee and US Attorneys and all the Judges really need to state for the record How USDA and Bruce Brown accomplished the ACCOUNTING and FOIA requires those files and records be produced.

The USDA is required to maintain these Servicing and Accounting records on ALL USDA LOANS. I think You have every right to Demand USDA and Bruce Brown and the US Attorneys produce the Servicing Records on all of Bruce Brown's Accounts.

The accounting practices of USDA are very relevant, I believe ALL USDA Loan Servicing Records need to be produced to see just how widespread Bruce Brown's Fuzzy Math is used to STEAL FARMS etc..

I suggest DISCOVERY and FOIA needs to produced by the US Government as to how these accounting tricks are used to Steal Homes and Farms.

I think all the Judges involved should explain how Brown's Accounting Works.

*Larry Wisser + Cathy Wisser*

1